DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: 415.982.4000
Facsimile: 415.434.0513
dmh@helbraunlaw.com

Attorneys for Plaintiff and Counter-Defendant
MARK JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK JONES,<br><br>Plaintiff,<br><br>v.<br><br>MARK PANZECA and DOES 1-10,<br><br>Defendants.<br>AND RELATED COUNTERCLAIM | Case No. C 12-04417 DMR<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE ENTRY OF JUDGMENT** |

The parties, by and through their respective counsel of record, hereby agree and stipulate to have Judgment entered in favor of Plaintiff Mark Jones and against Defendant Mark Panzeca in the total amount of $245,000 (Two Hundred Forty-Five Thousand Dollars), pursuant to their Settlement Agreement executed on or about April 1, 2013, and providing for entry of this Judgment if Defendant Panzeca fails to make the payment required under that Agreement before July 1, 2013.

Dated: April 10, 2013                LAW OFFICES OF PETER GOLDSTONE

/s/
By: PETER GOLDSTONE
Attorney for Defendant and Counter-Claimant
MARK PANZECA

STIPULATION AND [PROPOSED] ORDER RE ENTRY OF JUDGMENT            Case No. C-12-04417 DMR

Dated: April 11, 2013                HELBRAUN LAW FIRM

                                     _____
                                     By: DAVID M. HELBRAUN
                                     Attorney for Plaintiff and Counter-Defendant MARK JONES

The Court, having retained subject matter jurisdiction for the purpose of enforcing the terms of the parties' Settlement Agreement, and Defendant Panzeca's failure to timely make the payment required of him under that Agreement having been satisfactorily established by Plaintiff Mark Jones' Ex Parte Application and supporting Declaration of David M. Helbraun, and good cause appearing therefore,

JUDGMENT IS HEREBY ENTERED AGAINST DEFENDANT MARK PANZECA IN THE AMOUNT OF $245,000.00 (TWO HUNDRED FORTY-FIVE THOUSAND DOLLARS).

IT IS SO ORDERED.

Dated: July 8, 2013
                                     _____
                                     MAGISTRATE JUDGE DONNA M. RYU